**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------
THE ESTATE OF KEVIN PLOOF,

                      Plaintiff,

         v.                                     No. 1:08-CV-593
                                                        (DNH/DRH)

CSX TRANSPORTATION, INC.

                      Defendant.
--------------------------------------------------------------------

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above-captioned case have reported to him that the case has been settled. Counsel has also advised Judge Homer that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

**ORDERED** that:

       1. The above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within forty-five (45) days of the date of the filing of this order upon a showing that the settlement was not consummated;

       2. The dismissal of the above-captioned case shall become **with prejudice** on the forty-sixth day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within forty-five (45) days of the date of the filing of this order upon a showing that the settlement was not consummated;

3. The Clerk shall serve by electronic mail copies of this Judgment upon the attorneys for the parties appearing in this action.

**IT IS SO ORDERED.**

DATED:   March 10, 2009
          Utica, New York

_____
United States District Judge